**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8608**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

ROBERT DARIN CRUTE, a/k/a Kenneth R. Griffin,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Robert G. Doumar, Senior
District Judge.  (2:93-cr-00092-1)

Submitted:  March 17, 2009     Decided:  March 24, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Darin Crute, Appellant Pro Se.  Sherrie Scott Capotosto,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Darin Crute appeals from the district court's orders denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006) and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Crute, No. 2:93-cr-00092-1 (E.D. Va. Dec. 2, 2008 & Aug. 8, 2008). We dispense with oral argument as the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

AFFIRMED